United States District Court
Southern District of Texas
FILED

FEB 0 8 2011

David J. Bradley, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 83-03094-H5-7 |
| | § | |
| SABINE INDUSTRIES | § | (Chapter 7) |
| INCORPORATED, | § | |
| | § | |
| DEBTOR | § | |

## MOTION TO REOPEN ESTATE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, the Lowell T. Cage, the Chapter 7 trustee originally appointed in the above styled case, and contemporaneously with an Application to Appoint a Chapter 7 Trustee, files this Motion to Reopen Estate, and in support, the Trustee represents as follows:

1. Trustee was the previously appointed Trustee for the above named debtor's estate.

2. This estate and case were closed and the Trustee discharged on December 19, 1994.

3. Trustee has recently been advised of the existence of an unscheduled oil and gas royalty interest owned by Sabine Industries Incorporated ("Debtor") on the petition date. The interest is located in Liberty County, Texas, and has apparently only recently been drilled and minerals produced. The Trustee has been contacted by the operator, who indicates it is presently holding in excess of $500,000 in revenue attributable to the estate's interest.

4. For the reasons set forth herein, Trustee seeks to reopen this case for the purpose of administering these funds for the benefit of creditors.

5. Trustee has filed, contemporaneously with this Motion, an Application to Appoint Chapter 7 Trustee in this Case.

WHEREFORE, Trustee requests that this case be reopened.

/s/ *Lowell T. Cage*

LOWELL T. CAGE, TRUSTEE
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500