

ENTERED
03/17/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 83-03094-H5-7 |
| | § | |
| SABINE INDUSTRIES | § | (Chapter 7) |
| INCORPORATED, | § | |
| | § | |
| DEBTOR | § | |

### ORDER REOPENING CASE

On this day came on for consideration the Motion to Reopen Case filed by Lowell T. Cage, Trustee, and good cause appearing and the Court finding that the case should be reopened; it is

ORDERED that the case is reopened.

DATED: March 16th, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

187