## EXHIBIT "A"

### MINERAL ESTATE

4,363 acres of land, more or less, out of the Margarita Buye League, Abstract No. 5, Liberty County, Texas, and being all of said Margarita Buye League, granted by the State of Coahuila and Texas to Margarita Buye, by Patent No. 57, Volume 26, dated September 24, 1835, recorded in Volume 303, Page 84 of the Deed Records of Liberty County, Texas; SAVE AND EXCEPT a tract of land containing 65 acres, more or less, out of the southwest corner thereof, described in a Deed dated October 8, 1918, from H. Masterson and Masterson Irrigation Company to John O. Banks, recorded in Volume 83, Page 90, of the Deed Records of Liberty County, Texas. Said 4,363 acres is in three tracts, described as follows:

### TRACT ONE:

3,398 acres of land, more or less, out of the Margarita Buye League, Abstract No. 5, Liberty County, Texas, and being all of the subject land, save and except Tract Two and Tract Three herein.

### TRACT TWO:

580 acres of land, more or less, out of the Margarita Buye League, Abstract No. 5, Liberty County, Texas, more particularly described as follows:

> Beginning at a point on the South boundary line of the Margarita Buye League, Eastward 1900.8 varas from the Southwest corner of said League, a 1" steel car axle for the Southwest corner of the second excepted tract, from which a 12" post oak marked "K" bears South 57 $^0$ and 50" East 2.4 varas, another 12" post oak marked "K" bears North 1 $^0$ East .8 varas, a 14" pin oak marked "K" bears North 43-3/4 $^0$ East 4.7 varas;
>
> Thence Northward parallel with the West boundary line of the Margarita Buye League 1900.8 varas to an iron corner from which an 8" pin oak marked "X" bears North 22 $^0$ East 2.8 varas, a 16" sweet gum marked "K" bears North 76-1/4 $^0$ East 9.8 varas, an 8" pine marked "X" bears South 51 $^0$ East 7.6 varas;
>
> Thence Eastward parallel with the South line of the Margarita Buye League 475.2 varas to corner;
>
> Thence Northward parallel with the West boundary line of the Margarita Buye League 475.2 varas to corner;

Thence Eastward parallel with the South boundary line of the Margarita Buye League 475.2 varas to corner;

Thence Northward parallel with the West boundary line of the Margarita Buye League 237.6 varas to corner;

Thence Eastward parallel with the South boundary line of the Margarita Buye League 475.2 varas to corner, the same being the Northeast corner of the second excepted tract;

Thence Southward parallel with the West boundary line of the Margarita Buye League 2613.6 varas to corner on the South boundary line of the Margarita Buye League, the same being the Southeast corner of the second excepted tract referred to;

Thence Westward with the South boundary line of the Margarita Buye League 1425.6 varas to the place of beginning, containing 580 acres of land, more or less, and being the same land described as Second Tract in a Deed dated March 8, 1949, from Curtis Hankamer and Raymond E. Hankamer to Henry Rauser and H. Dripps, recorded in Volume 313, Page 308 of the Deed Records of Liberty County, Texas.

**TRACT THREE:**

385 acres of land, more or less, out of the Margarita Buye League, Abstract No. 5, Liberty County, Texas, more particularly described as follows:

Beginning at the Southwest corner of the Margarita Buye League an iron fish plate from which a 30" pine stump marked with an "X" bears South 34 ½° West 51.0 varas, and a 18" red oak marked "X" bears South 26° 55" West 78.8 varas;

Thence Northward with the West boundary line of the Margarita Buye League, at 2088 varas cross a stream running North-Northeast; at 2568.5 varas pass iron stake corner of property adjoining; at 3550 varas cross stream running East-Southeast; at 3564.0 varas a 1" iron stake the Northwest corner of the First Tract excepted, from which a 16" post oak bears North 54° East 4.4 varas marked with a "K", a 13" post oak bears South 43-3/4° East 3.5 varas marked with an "X", a 14" post oak bears North 72° West 2 varas marked with an "X";

Thence Eastward parallel with the South boundary line of the Margarita Buye League 712.8 varas to a 1" iron stake the Northeast corner of the first excepted tract, from which a 10" post oak bears North 16-1/4° East 5.7 varas marked with a "K", a 10" ash bears South 43-1/4° East 9.2 varas marked with an "X", another 10" post oak bears North 34-3/4° West 9.4 varas marked with an "X";

A-2

Thence Southward parallel with the West boundary line of the Margarita Buye League, at 510 varas cross stream flowing Southeast; at 718 varas cross stream flowing Northeast; at 3564.3 varas a 1" iron stake on the South boundary line of the Margarita Buye League the Southeast corner of the first excepted tract from which a 10" pine bears North 63 ½° East 21.7 varas marked with a "K", another 10" pine bears North 65 ½° West 11.0 varas marked with a "K", a 6" pin oak bears North 5-1/4° West 2.9 varas marked with an "X";

Thence Westward with the South boundary line of the Margarita Buye League 712.8 varas to the place of beginning, containing 450 acres of land, more or less; SAVE AND EXCEPT that certain tract containing 65.0 acres of land out of the south part of said 450 acre tract, described in a Deed dated October 8, 1918, from H. Masterson and Masterson Irrigation Company, to John O. Banks, recorded in Volume 83, Page 90, of the Deed Records of Liberty County, Texas; said 385 acre tract being the same land described as First Tract in a Deed dated March 8, 1949, from Curtis Hankamer and Raymond E. Hankamer to Henry Rauser and H. Dripps, recorded in Volume 313, Page 308 of the Deed Records of Liberty County, Texas.

A-3