IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 83-03094-H5-7 |
| | § | |
| SABINE INDUSTRIES | § | (Chapter 7) |
| INCORPORATED, | § | |
| | § | |
| | § | |
| DEBTOR | § | |

### ORDER ON TURNOVER

Came on for consideration the motion of Lowell T. Cage, Trustee ("Trustee"), for an order directing Cimarex Energy Co. and Ballard Exploration Co. to turnover to the Trustee funds held in suspense by them attributable to production from the estate's interest in the following mineral interest:

A .00901705 non-participating royalty interest in 4363 lease unit acres located in Liberty County, Texas (the "Property");

and to continue to turnover to the Trustee revenues attributable to the estate's interest in future production on a regular basis according to their typical business practices; and it appearing to the Court that proper notice of the motion has been given to all persons and entities that may claim an interest in the funds, that no objections have been filed, and that said motion should be granted; it is therefore

ORDERED that Cimarex Energy Co. and Ballard Exploration Co. are hereby authorized and directed to turnover to the Trustee funds held in suspense by them attributable to production from the estate's interest in the Property, and to continue to turnover to the Trustee revenues attributable to the estate's interest from future production from the Property on a regular basis according to their typical business practices.

DATED: _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

1