IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   SABINE INDUSTRIES, INC. | § | CASE NO. 83-03094-H5-7 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

THE COURT having considered the foregoing Application of the Trustee to employ William G. West, P.C., C.P.A., to act as Accountant for the estate and the Declaration of William G. West, P.C., C.P.A. in support thereof, and it appearing that William G. West, P.C., C.P.A. and the members and associated, is a disinterested person and that the employment is necessary and in the best interest of the estate and the economical administration thereof, it is

ORDERED that Lowell T. Cage, Trustee herein, is authorized, as of the filing date of this Application of Employment, to employ William G. West, P.C., C.P.A. to act as Accountant for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefore.  The services to be performed are as follows:

a.   To prepare Federal and/or State Tax Returns as required;
b.   Reconstruct the books and records of the Debtor's to the extent necessary;
c.   To assist the Trustee in his review of tax claims pending in the case and assess their validity.

It is further,
    ORDERED that the Accounting firm shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee.  It is further
    ORDERED that should Lowell T. Cage, Trustee desire for the Accounting firm to perform any additional professional services, other than those authorized herein, or should Applicant desire to appoint additional Accountants to perform special accounting services, leave is hereby granted for Applicant to file such other applications or supplemental applications as may be necessary.

SIGNED this _____ day of _____, 2011.


                                                      THE HONORABLE KAREN K BROWN
                                                      UNITED STATES BANKRUPTCY JUDGE